```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

JAMES M. BROADHEAD, #224802,  :

    Plaintiff,

                            :

vs.                         CIVIL ACTION 12-264-WS-M

                            :

OFFICER S. TISH, *et al.*,

                            :

    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's complaint be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

    DONE this 13th day of June, 2012.

                                  s/WILLIAM H. STEELE
                                  CHIEF UNITED STATES DISTRICT JUDGE