```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

JAMES M. BROADHEAD, #224802,  :

    Plaintiff,

                            :

vs.                        CIVIL ACTION 12-264-WS-M

                            :

OFFICER S. TISH, *et al.*,

                            :

    Defendants.

                            :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's complaint be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 13th day of June, 2012.

                                      s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE